NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1089

HANLEY INDUSTRIES, INC.,

Appellant,

v.

Donald C. Winter, SECRETARY OF THE NAVY,

Appellee.

Appeal from the Armed Services Board of Contract Appeals in nos. 54315 and 56383, Administrative Judges Carol N. Park-Conroy and Peter D. Ting.

ON MOTION

ORDER

Upon consideration of Hanley Industries, Inc.'s motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

JUN - 3 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Steven E. Kellogg, Esq.
       Courtney E. Sheehan, Esq.

s8

JUN - 3 2009

ISSUED AS A MANDATE: _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 03 2009

JAN HORBALY
CLERK